Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of IOWA

CENTRAL Division

Cedrick Charles Thomas Jr.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

POLK COUNTY JAIL; POLK COUNTY CLERK OF COURTS ; AIL
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) Case No. _____
)        (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
DEC 16 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cedrick Charles Thomas Jr.
All other names by which you have been known: Cedrick or CJ
ID Number: 474335
Current Institution: Polk County Jail
Address: 1985 NE 51st Pl.
Des Moines, IA 50320
    City        State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Polk County Jail
Job or Title (if known): Polk County Jail
Shield Number: ?
Employer: ?
Address: 1985 NE 51st Pl.
Des Moines, IA 50313
    City        State   Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Polk County Clerk of Courts
Job or Title (if known): Clerk of Courts
Shield Number: ?
Employer: ?
Address: 110 6th Ave
Des Moines, IA 50309
    City        State   Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

_____
City   State   Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

_____
City   State   Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process rights, Rights as a free person, Rights to a fair trial, Rights to have my legal mail from and to my lawyer personal and un-opened and not tampered with, without me present, and im on no mail watch list for any reason. All legal mail violations for inmates in jail and or prison.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* In County fighting Charges on Case # FECR362498

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Attachment (1)

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Starting in December of 2022 and still on going in Polk County Jail.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

about November 2023 and still going on in Polk County Jail

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Attachment (2), (A), (B), (C)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Injuries. Requested mental help period from the whole event.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Attachment. (3) (A) (B) (C)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Polk County Jail, Still in jail arrived on 9-23-22*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

*My legal mail violations i wrote about.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In the Polk County Jail with the mail room with the kiosk

2. What did you claim in your grievance?

That my legal mail was being copied and brought to me open.

3. What was the result, if any?

They denied my grievance and said "WE DON'T OPEN LEGAL MAIL"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Attachment (A)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Most evidence was sent to the Criminal Courts: Ombudsman in Polk County.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) Attachments - A, B, C

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-20-24

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Cedrick Charles Thomas Jr.
Prison Identification #: 474335
Prison Address: 1985 NE 51st Pl.
Des Moines, IA 50313

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

#4 Attachment.

My name is Cedrick Charles Thomas Jr, and i'm writing on my own behalf to ask the courts respectfully to accept my complaint due to the fact that i do NOT have a Civil lawyer as of yet, And do NOT have the money to get my own personal one. "See application to Proceed in District Court without prepaying fee's for costs.

Respectfully Submitted

Cedrick Charles Thomas Jr

10/10/24

Attachment to "Complaint for Violation of Civil Rights (Prisoner)"

Attachment question #1 on document —
Polk County jail admitted to me "Pedrick Charles Thomas Jr.", that the Polk County Clerk of Courts was just sending my mail addressed to a warden working here at the jail. They then went on to say that they was wrong and that the Polk County jail was sending my mail already opened to the jail and that on both issues I need to contact the Clerk of Courts and tell them to stop sending my legal mail how it was being sent. (explained more in the complaint).

Attachment question #2 on document —
The underlying facts are
1.) I sent kites to the jail when the first time I found out my legal mail was being tampered with, told them how and they denied my kite and grievances saying "we do not copy or open legal".
2.) I sent grievances on more then time explaining to the mail room and the jail that my legal mail was being tampered and they denied me again and again until I had to start putting the C/O's names in them to get them to understand that I wasn't trying to lie or anything. I explained that the C/O's are a witness to my claims and my mail "legal" was being tampered with and they still denied all my kites.
3.) The polk county jail and their mail room has been violating my constitutional rights with my legal mail and my state case im fighting.
4.) The Polk County Jail has also informed me that the Clerk of Courts are involved with these violations as well, so im suing them as well. The facts for that claim is the Polk County Jail told me in grievances that the Clerk of Courts was sending my mail addressed to another person not involved or attached to my criminal case and that the Clerk of Courts was sending my legal mail opened to the jail.
5.) The C/O's named in my kites and grievances are a witness to this. The polk County mail room staff are as well. The criminal courts are as well I had a court hearing in

October of this year 2024 about this issue. And evidence was attached to my criminal case No.# FECR362498, about this issue.

Attachment # B in documents-
I want the courts to hold all responsible for these acts. Grant my complaint in favor of me Cedrick Charles Thomas Sr, and award me a sum of 150,000,000$ for my problems mere dealing with this problem for over 2 years. I've been taking and trying to get them to look into this problem. I've been respectful. I even told them, I was not trying to sue them, but when I got the answers I got, and the lack of care or respect for the fact I'm fighting 1st Degree Murder. Fighting for my life, now I'm suing for full damages. My life is on the line and the mental problems, Real problems I've been having from this could cost me alot even when I get my case dismissed. There's no number on a persons life and peace in mind. Most important when I'm in a jail fighting for my life and now my rights to get my life and prove I'm innocent. The bases for my blame is all stated above and below and more as the case proceeds.

Attachment to # D in document-
I wrote and wrote and kept explaining to them they was wrong to deny my complaints and grievances. I appealed by stating G's names and sending letters to the courts about this problem until they started to listen to me. All my grievance processes was completed. My appeal's as well. They still denied them even after explaining to me the Clerk of Courts is at fault and for me to contact them. All copies of the grievances was sent to the criminal courts to get them to call the jail. Most of the ones I could get before the system changed over and I couldn't get all of them. All in Criminal Case No. FECR362498.

Cedrick Charles Thomas Sr    11-10-24

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| STATE OF IOWA<br>Plaintiff,<br><br>vs.<br><br>CEDRICK CHARLES THOMAS JR<br>Defendant | 05771 FECR362498<br>**ORDER**<br>REGARDING DEFENDANT'S LEGAL MAIL<br>Defendant is in custody |
|---|---|

As a status conference held on October 23, 2024, the Defendant raised the issue of his legal mail being opened outside of his presence. The court indicated to the parties that it would directly contact the chief of the Polk County Jail to express Mr. Thomas' concerns. The court immediately did so and the jail responded with a letter, which will be filed separately from this order.

Based on the record made and the information provided by the Polk County Sheriff's Office, it is the order of the court that any legal mail being sent to Mr. Thomas while he is in the Polk County Jail must be sent to the correct address and marked on the exterior of the envelope as "legal mail". If any such mail is received by the Polk County Sheriff or the Polk County Clerk of Court, they shall follow standard protocol for handling legal mail as laid out in the letter from the Polk County Sheriff in its letter dated October 23, 2024.

At the end of this case, you may be assessed restitution. This may include three different categories of restitution: monetary damages to victims (referred to as pecuniary damages); fines, penalties, or surcharges (referred to as Category A restitution); and repayment for your legal defense, crime victim assistance reimbursement, court costs, contribution to a local anticrime organization, or restitution to the medical assistance program pursuant to chapter 249A (referred to as Category B restitution). With respect to Category B restitution items, you may request the court to determine whether you have the reasonable ability to pay the full amount of those items. If you do not request the court to make that determination, the court will presume you have the ability to pay the full amount of Category B restitution and will order you to do so. You will also lose any chance to challenge your ability to pay the full amount of the Category B restitution ordered. If you want to request a determination of less than a full ability to pay Category B restitution, you must make the request to the court, either by making the request in writing or by telling the court at the time of disposition/sentencing hearing. Before the court can make this determination, however, you must file a current court approved Affidavit of Financial Status. If you have not filed this Affidavit of Financial Status before your disposition/sentencing hearing, the court will find you have the full ability to pay Category B restitution. In order to have that determination changed, you must file the Affidavit of Financial Status within 30 days of your disposition/sentencing hearing. If you do not file



**Iowa Office of Ombudsman**

BERNARDO GRANWEHR
OMBUDSMAN

OLA BABCOCK MILLER BUILDING
1112 EAST GRAND AVENUE
DES MOINES, IOWA 50319
515-281-3592
https://ombudsman.iowa.gov/

September 4, 2024

Cedrick Thomas Jr., Inmate
Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313

Subject: Legal Mail

Dear Mr. Thomas:

I am writing in response to a complaint you filed with the Office of Ombudsman on August 19, 2024. You wrote that staff at the Polk County Jail (Jail) have opened your legal mail three to four times since you contacted our office about a similar problem in September of last year.

You said staff first told you the mail had been addressed to the "warden" of the Jail, but later told you the mail was actually delivered already opened from the Polk County Clerk of Court.

While Iowa Administrative Rule 201-50.19(1) does require privileged mail, such as legal mail, to be opened in an inmate's presence, you clearly stated in your letter that you would prefer to resolve your complaint through a lawsuit. You wrote, "Lawsuit. I want to sue them for all we can get."

The Office of Ombudsman is not able to represent you or assist you with a lawsuit in any way. Because I cannot provide you with your desired remedy, I am declining further review of your complaint. I would encourage you to contact a private attorney who can assist you with a lawsuit.

Thank you for contacting the Office of Ombudsman.

Sincerely,

Phil Brown
Assistant Ombudsman

PB/er

2404024a

Cedrick Charles Flowers Jr. 1741735
Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313-2517

United States District Court Clerk
123 East Walnut St.
Des Moines, IA, 50309

Legal Mail

FIRST-CLASS

US POSTAGE
ZIP 50309
$001.25
0008027038 DEC 11 2024

*X-RAYED & CLEARED BY U.S.*